PD-1357-15

PD-1357-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/19/2015 10:44:23 AM
Accepted 10/19/2015 4:00:44 PM
ABEL ACOSTA
CLERK

# NO. _____

# In the Court of Criminal Appeals of Texas

**DANIEL LYNE,**
**APPELLANT**

**v.**

**STATE OF TEXAS,**
**APPELLEE**

ON PETITION FOR DISCRETIONARY REVIEW
FROM CAUSE NO. 13-13-00313-CR
IN THE THIRTEENTH COURT OF APPEALS,
REVIEWING CAUSE NO. 2012-DCR-1456-I
445TH JUDICIAL DISTRICT COURT OF CAMERON COUNTY, TEXAS
HON. ROLANDO OLVERA

## FIRST <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

FILED IN
COURT OF CRIMINAL APPEALS

October 19, 2015

ABEL ACOSTA, CLERK

## IDENTITY OF PARTIES AND COUNSEL

| **Appellant** | **Counsel for Appellant** |
|---|---|
| Daniel Lyne | Brandy Wingate Voss<br>Smith Law Group, P.C.<br>820 E. Hackberry Ave.<br>McAllen, Texas 78501 |
| | **Trial Counsel** |
| | Hon. Noe Garza<br>Law Offices Of Noe Garza<br>854 E. Van Buren Street<br>Brownsville, Texas 78520 |
| **Appellee** | **Counsel for Appellee** |
| State of Texas | Honorable Rene B. Gonzalez<br>CAMERON DISTRICT ATTORNEY'S OFFICE<br>rgonzalez1@co.cameron.tx.us<br>964 E. Harrison Street<br>Brownsville, Texas 78520 |
| | **Trial Counsel** |
| | Hon. Korinna Barraza<br>Hon. Edna Herrera Dinsdale<br>CAMERON COUNTY DISTRICT ATTORNEY'S OFFICE<br>964 E. Harrison<br>Brownsville, Texas 78520 |

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant, Daniel Lyne, respectfully requests a thirty-day extension of time to file his petition for discretionary review. *See* TEX. R. APP. P. 68.2(c).

The Thirteenth Court of Appeals rendered its opinion and judgment in *Daniel Lyne v. The State of Texas*, No. 13-13-00313-CR on September 17, 2015. The petition for discretionary review is due on October 19, 2015 (the thirtieth day fell on a Saturday). TEX. R. APP. P. 68.2(a). Appellant requests thirty additional days to file his petition for discretionary review, making the petition due on November 18, 2015. This is Appellant's first request for an extension of time. The undersigned counsel has conferred with counsel for the Appellee, Rene Gonzalez, who does not oppose the relief requested in this motion.

The undersigned counsel was lead counsel for Appellant in the Thirteenth Court of Appeals. Immediately upon receiving the lower court's opinion, the undersigned counsel forwarded the opinion and judgment to Mr. Lyne. The undersigned counsel advised Mr. Lyne of his option to retain the undersigned counsel or file a pro se petition for discretionary review. The undersigned counsel advised Mr. Lyne that she would assist with drafting a motion for extension of time if necessary.

Mr. Lyne was recently moved to a different facility within the TDCJ. The undersigned counsel has not yet received correspondence from Mr. Lyne and is concerned that the delay may be due to his recent transfer. Out of an abundance of caution, the undersigned counsel hereby requests a 30-day extension of time to allow sufficient time to correspond with Mr. Lyne to determine his intent. The undersigned counsel will attempt correspondence with Mr. Lyne again, determine his intent, and if necessary dismiss this proceeding if he chooses not to proceed.

For all the foregoing reasons, Appellant respectfully requests that the Court grant this unopposed request for a thirty-day extension, making his petition for discretionary review due November 18, 2015, and any further relief to which he may be justly entitled.

Respectfully submitted,

/s/ Brandy Wingate Voss
Brandy Wingate Voss
State Bar No. 24037046
SMITH LAW GROUP, P.C.
820 E. Hackberry Ave.
McAllen, TX 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellant*

## CERTIFICATE OF CONFERENCE

I certify that on October 19, 2015, I conferred with Rene Gonzalez, counsel for Appellee, who informed me that the Appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

## CERTIFICATE OF SERVICE

I certify that on October 19, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document on the following counsel of record by electronic mail and/or by facsimile:

Honorable Rene B. Gonzalez
CAMERON DISTRICT ATTORNEY'S OFFICE
rgonzalez1@co.cameron.tx.us
964 E. Harrison Street
Brownsville, Texas 78520


Lisa C. McMinn
*State Prosecuting Attorney*
Office of State Prosecuting Attorney of Texas
P. O. Box 13046
Austin, Texas 78711-3046
Fax: (512) 463-5724

/s/ Brandy Wingate Voss
Brandy Wingate Voss